FREDERICK HEIMANN ET AL. *v.* PETER MOSELEY ET AL.
(12529)

LAVERY, FREEDMAN and SCHALLER, Js.

Argued April 26—decision released May 17, 1994

*Peter M. Ryan,* for the appellants (defendants).

*Donald F. Reid,* with whom, on the brief, was *Anastasios T. Savvaides,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.